United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06042 |
|---|---|---|---|

| Jesus Saucedo Portillo |
|---|
| (Petitioner) |

*versus*

| Pamela Bondi, et al., |
|---|
| (Respondents) |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alexander McDonough<br>The United States Attorney's Office for the Southern District of Texas, Brownsville Office<br>600 E Harrison St #201<br>Brownsville, TX 78520<br>Licensed in Ohio; Bar # 103934 |
|---|---|

| Name of party applicant seeks to appear for: | Pamela Bondi, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/19/2025 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 12/22/25 | Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 12/22/2025

_____
United States District Judge